JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LEWIS GRAY,<br><br>  Petitioner,<br><br>  v.<br><br>KEVIN CHAPPELL, Warden, San Quentin State Prison,<br><br>  Respondent. | NO. CV 07-05935 DSF<br><br>**DEATH PENALTY CASE**<br><br>**[ORDER DISMISSING PETITION AS MOOT** |

The Court having been advised that Petitioner Mario Lewis Gray passed away on May 4, 2013,

**IT IS HEREBY ORDERED** that Mr. Gray's Amended Petition for Writ of Habeas Corpus (docket no. 15) is dismissed as moot.

**IT IS SO ORDERED**.

Dated: May 23, 2013

HONORABLE DALE S. FISCHER
United States District Court Judge

Proposed by:

*/S/ C. Pamela Gómez*
C. PAMELA GÓMEZ
Deputy Federal Public Defender
Counsel for Petitioner